## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL RUEGG,

      Plaintiff,

                                  JUDGMENT IN A CIVIL CASE

v.                                      Case No. 09-cv-22-slc

BRADLEY HOMPE, Warden,
Stanley Correctional Institution;
TIM HAINES, Deputy Warden,
Stanley Correctional Institution;
CHERYL WEBSTER, Unit Manager,
Stanley Correctional Institution; and
JEAN VOEKS, Director, Health
Services Unit, Stanley Correctional
Institution,

      Defendants.

---

    This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER  presiding.  The issues have been considered and a decision has been rendered.

---

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.


_____      _____
   Peter Oppeneer, Clerk of Court             11/24/09
                                                    Date